**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF ILLINOIS**

|  |  |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | )<br>)<br>)<br>)<br>) |

3:09-md-02100-DRH

MDL No. 2100

**This Document Relates To:**

| | |
|---|---|
| *Kristina Abbey v. Bayer HealthCare Pharmaceuticals, et al.* | No. 10-cv-13825-DRH |
| *Irene Adams v. Bayer HealthCare Pharmaceuticals, et al.* | No. 12-cv-20118-DRH |
| *Amy Anderson v. Bayer HealthCare Pharmaceuticals, et al.* | No. 09-cv-10115-DRH |
| *Caroline Berger v. Bayer HealthCare Pharmaceuticals, et al.* | No. 10-cv-10790-DRH |
| *Diane Brent v. Bayer HealthCare Pharmaceuticals, et al.* | No. 12-cv-10006-DRH |
| *Laura Decker v. Bayer HealthCare Pharmaceuticals, et al.* | No. 10-cv-10858-DRH |
| *Linda Dressman v. Bayer HealthCare Pharmaceuticals, et al.* | No. 09-cv-20127-DRH |
| *Tammy Hobbs v. Bayer HealthCare Pharmaceuticals, et al.* | No. 09-cv-20131-DRH |
| *Heather Lieungh v. Bayer HealthCare Pharmaceuticals, et al.* | No. 09-cv-20130-DRH |
| *Denise Mitterando v. Bayer HealthCare Pharmaceuticals, et al.* | No. 10-cv-13826-DRH |
| *Kara Neer v. Bayer HealthCare Pharmaceuticals, et al.* | No. 09-cv-20128-DRH |
| *Amy Pease v. Bayer HealthCare Pharmaceuticals, et al.* | No. 09-cv-20133-DRH |

| | |
|---|---|
| *Andrea Renier v. Bayer HealthCare Pharmaceuticals, et al.* | No. 10-cv-13323-DRH |
| *Lauren Smanik v. Bayer Schering Pharma AG, et al.* | No. 10-cv-20367-DRH |
| *Sara Talley v. Bayer HealthCare Pharmaceuticals, et al.* | No. 10-cv-10860-DRH |
| *Aisha Traylor v. Bayer HealthCare Pharmaceuticals, et al.* | No. 09-cv-20070-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**   These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered on May 16, 2014, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

> **JUSTINE FLANAGAN,**
> **ACTING CLERK OF COURT**
>
> BY:   /s/*Caitlin Fischer*
>                **Deputy Clerk**

**Dated:**  May 21, 2014

Digitally signed
by David R.
Herndon
Date: 2014.05.21
11:06:16 -05'00'

**APPROVED:**

   **CHIEF JUDGE**
   **U. S. DISTRICT COURT**

2